IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ROY WALLACE,
ADC #100897                                                                                    PLAINTIFF

v.                              2:07CV00038JMM/HDY

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                         DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motions to dismiss, which this Court construes as motions for summary judgment (DE ##21, 32, 58) are hereby GRANTED, and all other pending motions are DENIED as moot

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 11th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE