IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ROY WALLACE,
ADC #100897                                                                                                        PLAINTIFF

v.                                            2:07CV00038JMM/HDY

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice.

IT IS SO ADJUDGED this 11th day of September, 2007.

_____
United States District Judge